UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | NO. 16-11811 |
| | * | |
| MITCHELL STANLEY BARTHOLOMEW | * | SECTION "A" |
| AND | * | |
| MARIE ROBERTS BARTHOLOMEW | * | CHAPTER 7 |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

This matter came for hearing on January 10, 2017, on the Debtors' Motion to Clarify Terms of Reaffirmation Agreement.

Present: Andrea M. Jeanmarie, Attorney for and Debtors, Mitchell and Marie Bartholomew

Arthur S. Mann, III, Attorney for Ford Motor Credit.

The Court, considering the pleadings filed herein and argument of counsel, **GRANTED** the debtors' Motion, clarifying the terms of the reaffirmation agreement which provides that the debtors shall pay Ford Motor Credit the total amount of $11,485.72 at the fixed annual percentage rate of 1.9% , to be paid in monthly installment payments of $418.64.

**IT IS FURTHER ORDERED** that the counsel for debtor(s) shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service evidencing such within three (3) days

**New Orleans, Louisiana, May 12, 2017.**

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge